UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
CHRISTOPHER MASON

                      Plaintiff,                    9:17-cv-1086
                                                        (GLS/DJS)

        v.

M. MOORE, et al.

                    Defendants.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR PLAINTIFF:** | |
| CHRISTOPHER MASON<br>Plaintiff, *Pro Se*<br>12-A-0162<br>Mohawk Correctional Facility<br>P.O. Box 8451<br>Rome, New York 13440 | |
| HON. BARBARA UNDERWOOD<br>Attorney General for the<br>   State of New York<br>The Capitol<br>Albany, New York 12224 | ERIK PINSONNAULT<br>Assistant Attorney General |

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Daniel J. Stewart, duly

filed on May 8, 2018 (Dkt. No. 25.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 25) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant Rondeau's motion to dismiss (Dkt. No. 18) is **GRANTED**; and it is further

**ORDERED** that defendant Rondeau is **DISMISSED** from this action; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

June 1, 2018
Albany, New York

*Gary L. Sharpe*
U.S. District Judge